LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 12 2008

**JEANNE G. QUINATA**
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR-08-00011 MAGISTRATE CASE |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| JOSHUA L. CALBANG, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 16, 2007, in the District of Guam, the defendant, JOSHUA L. CALBANG, willfully and knowingly, did steal and purloin United States property from the Army and Air Force Exchange Service, of the value of approximately $389.50, in violation of Title 18, United States Code, Section 641.

DATED this 12th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Benjamin Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

**Place of Offense:**

City      Hagatna             Related Case Information:     **08-00011**

Country/Parish ___N/A___     Superseding Indictment _____ Docket Number ~~08-00004~~

Same Defendant _____     New Defendant ___X___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__     Matter to be sealed: ____ Yes __X__ No

Defendant Name     Joshua L. Calbang

Allisas Name     _____

Address     _____

         Yigo, Guam

Birth date __XX/XX/1987__ SS# __XXX-XX-5377__ Sex __M__ Race __PI__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Benjamin Beliles__

**Interpreter:** __X__ No ____ Yes     List language and/or dialect: __N/A__

**Location Status:**

Arrest Date __16 Nov 07__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED FEB 12 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___     ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(Continued on reverse)

Date: __12 Feb 08__ Signature of SAUSA: _Benjamin Beliles_