DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00011 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JOSHUA L. CALBANG,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the FEDERAL PUBLIC DEFENDER is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 14, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 22, 2008