%AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**JOSHUA L. CALBANG**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-08-00011-001**

**FILED**
DISTRICT COURT OF GUAM
FEB 2 2 2008
JEANNE G. QUINATA
Clerk of Court

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: Honorable Joaquin V.E. Manibusan, Jr. | Date and Time<br>**Friday, February 22, 2008 at 9:45 a.m.** |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title   **18**   United States Code, Section(s)   **641**

Brief description of offense:

**Theft of Government Property**

RECEIVED
FEB 14 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

Carmen B. Santos, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

February 14, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 2/19/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Probation Office, Hugutos Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/19/08
Date

_[signature]_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.