JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
JOSHUA L. CALBANG

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00011 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Setting Change of Plea Hearing Date |
| JOSHUA L. CALBANG, | ) | |
| Defendant. | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that a Change of Plea Hearing be scheduled for Monday, March 10, 2008, at 9:30 a.m.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 04, 2008