LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 0 6 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> JOSHUA L. CALBANG, ) <br> Defendant. ) | CRIMINAL CASE NO.08-00011 <br><br> **STIPULATED MOTION TO CONTINUE CHANGE OF PLEA HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, John T. Gorman, hereby request this Honorable Court to continue the change of plea hearing in this matter currently scheduled for March 10, 2008 at 9:30 a.m., to a date one (1) week after or at the Court's convenience.

//
//
//
//
//
//
//
//

This motion is made at the request of counsel for the United States due to previously scheduled off-island travel.

SO STIPULATED.

_____3/6/08_____
DATE

_____
JOHN T. GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United Sates Attorney
Districts of Guam and NMI

By: _____
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

- 2 -