# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00011           DATE: March 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio     Electronically Recorded: 9:23:32- 9:35:18
CSO: B. Pereda

**APPEARANCES:**

Defendant: Joshua L. Calbang      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Benjamin Beliles      U.S. Agent:
U.S. Probation: Christopher Duenas      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Court notes no written plea.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: June 16, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: May 12, 2008
- Response to Presentence Report: May 26, 2008
- Final Presentence Report due to the Court: June 9, 2008
- Defendant released on bail as previously ordered by this Court.

NOTES: