## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00011-001 |
| ) | |
| Plaintiff, ) | |
| ) | **INFORMATIONAL REPORT** |
| vs. ) | |
| ) | |
| JOSHUA L. CALBANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Re: Violation of Pretrial Release Conditions; No Action Requested**

On February 22, 2008, Joshua L. Calbang appeared for an Initial Appearance and Arraignment Hearing before U.S. Magistrate Judge Joaquin V. E. Manibusan, Jr. The Information charged Mr. Calbang with Theft of Government Property, in violation of 18 U.S.C. § 641. On the same date, Mr. Calbang was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; maintain or actively seek employment; maintain a fixed residence and not change residence without permission of the U.S. Pretrial Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing, which is required as a condition of release; report as soon as possible any contact with law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop; and do not leave the Territory of Guam without permission of the Court.

On March 18, 2008, Mr. Calbang entered a guilty plea to the Information and a Sentencing Hearing has been set for June 16, 2008. Following the guilty plea, Mr. Calbang's release was continued.

On May 1, 2008, Mr. Calbang was cited for a traffic violation. He is alleged to have violated the following condition of release:

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: JOSHUA L. CALBANG
May 7, 2008
Page 2

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.*

On May 1, 2008, Mr. Calbang was issued a traffic citation (number 1C0702302) by a Guam Police Department officer for Speeding (50 mph in a 35 mph zone), in violation of Title 16, Guam Code Annotated, Section 3301(f). On May 2, 2008, this Officer met with Mr. Calbang to discuss the traffic citation. He stated that he did not realize he was exceeding the speed limit until he was pulled over. Mr. Calbang does not intend to contest the traffic citation and he will make a full payment before his next hearing.

**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Mr. Calbang has been warned of the possible consequences of further violations and his compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc: Benjamin Beliles, SAUSA
    John Gorman, FPD
    File