**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-08-00011  DATE: June 16, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:09:32 - 9:25:06

**APPEARANCES:**
Defendant: Joshua L. Calbang  Attorney: John Gorman
☑Present ☐Custody ☐Bond ☑P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Kurt Grunawalt  U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of 1 year.
- Fine waived.
- Special assessment fee of $25.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall perform 50 hours of community service.

NOTES: