| PROB 35 (3/07) | **Report and Order Terminating Probation Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

    v.                        CRIMINAL CASE NO.    08-00011-001

    JOSHUA L. CALBANG

On June 16, 2008, Joshua L. Calbang was placed on probation for one year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Mr. Calbang be discharged from probation.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Kurt E. Gunawalt, SAUSA
       John T. Gorman, Federal Public Defender
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probation be discharged and that the proceedings in the case be terminated.