# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00011-001 |
| Plaintiff, | ) | |
| vs. | ) | **SPECIAL REPORT** |
| JOSUA L. CALBANG, | ) | |
| Defendant. | ) | |

**Re:   Request for Early Termination from Probation**

On June 16, 2008, Joshua L. Calbang was sentenced by the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge for the U.S. District Court of Guam, for the offense, to wit: Theft of Government Property, a Class A misdemeanor, in violation of 18 U.S.C. § 641. He was sentenced to one year probation with conditions that he perform 50 hours of community service and pay a $25 special assessment fee.

On August 27, 2008, Mr. Calbang made a request to the U.S. Probation Office for early termination from supervision, pursuant to 18 U.S.C. § 3564(c). Mr. Calbang's adjustment under supervision has been excellent. Probation began on June 16, 2008 and is scheduled to terminate on June 15, 2009. He paid his special assessment fee on June 16, 2008, attended the Supervision Orientation Program on July 17, 2008, and completed 50 hours of community service on July 19, 2008 at Erica's House, a family visitation center. On the Agency Reply Card returned from Erica's House, Director Monica Taimanglo commented as follows: "Joshua is a conscientious worker. He was given a task which required computer skills and the ability to look through a case file for needed data. He usually doesn't eat lunch and we have to force him to take a break. He was punctual to work and conducted himself appropriately."

Mr. Calbang, who is a first-time offender, submits his monthly supervision reports on a timely basis, is employed as an administrative assistant at G4S Security Services (Guam), Inc., and during the evening hours, he is employed as a part-time delivery driver at the Dededo Pizza Hut. Mr. Calbang has been accepted to join the U.S. Navy Reserves,

SPECIAL REPORT
Request for Early Termination from Probation
Re:     Joshua L. Calbang
Criminal Case No. 08-00011-001
Page 2

which is his reason for requesting early termination.  He cited that he would like to join the Reserves to have a second chance to be a part of the military community and to become more disciplined and self-confident.

On September 2, 2008, this Officer spoke to Special Assistant U.S. Attorney Kurt E. Grunawalt, who stated that he had no objection to Mr. Calbang's early termination from probation.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. § 3564(c), as such action is warranted by Mr. Calbang's full compliance with his conditions of probation and is in the interest of justice.

RESPECTFULLY submitted this 10th day of September 2008.

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
   Supervision Unit Leader

cc:   Kurt E. Grunawalt, SAUSA
      John T. Gorman, Federal Public Defender
      File