PROB 35
(3/07)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.  08-00011-001

JOSHUA L. CALBANG

On June 16, 2008, Joshua L. Calbang was placed on probation for one year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Mr. Calbang be discharged from probation.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the probation term be discharged and that the proceedings in the case be terminated.

**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 10, 2008**